UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THEOLA G. WASHINGTON,

Plaintiff,

vs.   Case No. 8:08-CV-1614-T-27GJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 26) recommending that the decision of the Defendant Commissioner be **REVERSED** and **REMANDED** for further proceedings. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Upon remand, the Commissioner should reevaluate the record and, if he is inclined to reject Dr. Fuoco's medical opinion, should specify the basis for finding good cause to do so. Accordingly, it is **ORDERED** that:

1) The Report and Recommendation (Dkt. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation pursuant to Sentence Four, 42

1

U.S.C. § 405(g).

3) The Clerk is directed to enter final judgment in favor of Plaintiff pursuant to Sentence Four, 42 U.S.C. § 405(g), and *Newsome v. Shalala*, 8 F.3d 775 (11th Cir. 1993).

4) All pending motions are **DENIED** as moot.

5) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 11th day of September, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

2