UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THEOLA G. WASHINGTON,

    Plaintiff,

vs.                                                      Case No. 8:08-CV-1614-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to Equal Access to Justice Act 28 U.S.C. § 2412 be granted (Dkt. 35). Neither party has filed objections to the Report and Recommendation and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 35) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to Equal Access to Justice Act 28 U.S.C. § 2412 (Dkt. 32) is **GRANTED**.

3) Pursuant to 28 U.S.C. § 2412, Plaintiff is awarded the amount of $3,747.31 in attorney's

1

fees to be paid to Plaintiff's counsel by Defendant.

**DONE AND ORDERED** in Tampa, Florida, on this 20th day of January, 2010.

_____
**JAMES D. WHITTEMORE**
United States District Judge

Copies to:
Counsel of Record

2